**Electronically Filed
Supreme Court
SCWC-15-0000153
15-AUG-2016
12:13 PM**

SCWC-15-0000153

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MORELI PAULO TALAMOA, also known as MORELI PAULO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000153; CR. NO. 13-1-0738)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Moreli Paulo Talamoa,

aka Moreli Paulo's, application for writ of certiorari filed on

July 1, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, August 15, 2016.

Phyllis J. Hironaka
for petitioner

Donn Fudo
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

